UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV12232-PBS

ADRIAN McCRAY,

    Plaintiff

v.

H&R BLOCK EASTERN ENTERPRISES, INC. and LINDA MURPHY,

    Defendants

## JOINT STATEMENT

Pursuant to Rule 16.1 of the Local Rules for the District of Massachusetts, Rules 16(b) and (c) and 26(f) of the Federal Rules of Civil Procedure, and the Order of this Court dated October 27, 2004, Plaintiff Adrian McCray and Defendants H&R Block Eastern Enterprises, Inc. and Linda Murphy hereby submit the following joint statement.

1. **Joint Discovery Plan and Plan for Filing of Motions**

Except in the case that the Court enters an Order to the contrary following the December 15, 2004 scheduling conference, the parties agree to the following schedule for discovery and for the filing of motions:

    a. a deadline of December 31, 2004 to make automatic disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure;

    b. a nine-month fact discovery period, to end on September 15, 2005;

    c. a deadline of August 15, 2005 for motions to compel fact discovery;

    d. a deadline of October 17, 2005 for motions for summary judgment; and

-1-

e.  a three-month expert discovery period, if desired by either party, following this Court's disposition of the parties' motions for summary judgment.

2.  **Local Rule 16.1 Certifications**

The parties will file the certifications required by Local 16.1(D) separately.

Respectfully submitted,

**PLAINTIFF ADRIAN McCRAY**

By his attorney,

*Paul A Manoff (by DHD)*
Paul A. Manoff, BBO #318220
47 Winter Street, 4th Floor
Boston, MA  02108

and

**DEFENDANTS H&R BLOCK EASTERN ENTERPRISES, INC. and LINDA MURPHY**

By their attorneys,

*[signature]*
Adrienne M. Markham, BBO# 320740
Deborah Hesford DosSantos, BBO# 641185
GOULSTON & STORRS,
 A Professional Corporation
400 Atlantic Avenue
Boston, Massachusetts  02110
(617) 482-1776

Dated: December 3, 2004

-2-