UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV12232-PBS

ADRIAN McCRAY,

    Plaintiff

v.

H&R BLOCK EASTERN ENTERPRISES, INC. and LINDA MURPHY,

    Defendants

## DEFENDANTS' RULE 16.1(D) CERTIFICATION

Pursuant to Local Rule 16.1(d), Defendants H&R Block Eastern Enterprises, Inc. and Linda Murphy ("Defendants") and their counsel, Goulston & Storrs ("Counsel"), hereby certify as follows:

The undersigned Defendants and Counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation; and (b) to consider the resolution of this litigation through the use of alternative dispute resolution programs.

H&R BLOCK EASTERN ENTERPRISES, INC.                    LINDA MURPHY

By:

_____                         _____
Kyle B. Russell
Corporate Counsel

-1-

GSDOCS-1431289-1
12/1/2004 1:53 PM

By their attorneys,

*[signature]*

Adrienne M. Markham, BBO# 320740
Deborah Hesford DosSantos, BBO# 641185
GOULSTON & STORRS
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776

Dated: December 3, 2004

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 12/3/04
*[signature]*

-2-