UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Adrian McCray

Plaintiff,

        V.                                                        Civil Action Number
                                                           04-12232-PBS

H&R Block Eastern Enterprises, Inc., et al
Defendant.                                                                  December 15, 2004

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 9/15/05

Summary Judgment Motion filing deadline: 10/15/05

Opposition to Summary Judgment Motions: 10/31/05

Hearing on Summary Judgment or Pretrial Conference: 11/9/05 at 2:00 p.m.

Case to be referred to Mediation program: Spring, 2005

                                                                       By the Court,

                                                                       /s/ Robert C. Alba
                                                                       Deputy Clerk