UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*******************************************

ADRIAN MCCRAY,

    Plaintiff

v.    C.A. NO. 04-CV-12232-PBS

H&R BLOCK EASTERN ENTERPRISES, INC.
and LINDA MURPHY,

    Defendants

*******************************************

### PLAINTIFF'S L.R. 16.1(D)(3) CERTIFICATE

Now comes plaintiff and the undersigned counsel and hereby affirm that they have conferred:

    a.    with a view to establishing a budget for the costs of conducting the full course and various alternative courses – of the litigation; and

    b.    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_____
Adrian McCray

Counsel to plaintiff

_____
Paul A. Manoff
47 Winter Street, #4
Boston, MA 02108
(617) 542-4620
BBO# 318220

mccray\16dcert