UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ADRIAN McCRAY,

     Plaintiff

v.

H&R BLOCK EASTERN ENTERPRISES,
INC. and LINDA MURPHY,

     Defendants

Civil Action No. 04-CV12232-PBS

## JOINT MOTION FOR 30 DAY EXTENSION OF DISCOVERY PERIOD

The parties to the above-captioned case respectfully request a 30-day extension of the discovery period established by this Court's Scheduling Order of December 15, 2004 ("Scheduling Order"), with corresponding extensions of the dates by which summary judgment motions must be filed and heard. As grounds for this motion the parties state:

1.    In an effort to facilitate the mediation that was originally scheduled to occur on June 15, 2005, the parties agreed to a limited amount of discovery to occur before the mediation, including both paper discovery (interrogatories and document requests served and responded to by each party), the deposition of plaintiff McCray (which has not been completed), and the deposition of defendant Murphy.

2.    As a result of an unanticipated medical situation of the mediator, the mediator cancelled the June 15 mediation session. After conferring with the mediator and counsel on their availability, the Court Clerk rescheduled the mediation for July 7, 2005. The parties were unable to settle the case at the July 7 mediation.

3.    Since the failed mediation, the parties have diligently attempted to complete

discovery.  They believe an additional thirty-days beyond the current discovery deadline of

September 15, 2005, is all they would require to complete discovery.

4.    This is the first request for an extension of the discovery period made by the parties

and they do not anticipate needing further extensions for discovery.  The case has not been scheduled

for trial, and the allowance of the brief extension requested by this motion will not unduly interfere

with or delay the timely disposition of the matter.

WHEREFORE, the parties request that this Court extend the dates of the Scheduling Order as
follows:

| | |
|---|---|
| Fact Discovery Deadline | October 14, 2005 |
| Summary Judgment Motion Filing Deadline | November 15, 2005 |
| Oppositions to Summary Judgment Motions: | December 1, 2005 |
| Hearing On Summary Judgment or Pretrial Conference | (To be determined by Court) |

ADRIAN McCRAY                                  H&R BLOCK EASTERN ENTERPRISES, INC.
                                               and LINDA MURPHY

By his attorney,                               By their attorneys,

/s/ Paul A. Manoff                             /s/ Adrienne M. Markham
Paul A. Manoff, Esq. (BBO #318220)             Adrienne M. Markham, Esq. (BBO #320740)
47 Winter Street                               Jennifer Belli, Esq. (BBO #660278)
4th Floor                                      GOULSTON & STORRS
Boston, MA  02108                              400 Atlantic Avenue
                                               Boston, Massachusetts 02110-3333
                                               (617) 482-1776

Dated:  August 16, 2005

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was
served upon the attorney of record for each other party
by (mail/hand) on August 16, 2005

GSDOCS\1519772.1