UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV12232-PBS

|  |  |
|---|---|
| ADRIAN McCRAY, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| H&R BLOCK EASTERN ENTERPRISES, INC., and LINDA MURPHY, | ) |
|  | ) |
| Defendants. | ) |

### NOTICE OF APPEARANCE OF JENNIFER BELLI

Please enter my appearance in the above-captioned matter as counsel, along with Adrienne M. Markham and Deborah Hesford DosSantos, for defendants H&R Block Eastern Enterprises, Inc. and Linda Murphy.

    Respectfully submitted,

    H&R BLOCK EASTERN ENTERPRISES, INC.
    and LINDA MURPHY,

    By its attorney,

    /s/ Jennifer Belli
    Jennifer Belli, BBO # 660278
    GOULSTON & STORRS,
     A Professional Corporation
    400 Atlantic Avenue
    Boston, Massachusetts  02110
    (617) 482-1776

Dated:  November 15, 2005

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 15, 2005, I caused the foregoing Notice of Appearance to be served upon all counsel of record by first class mail.

                                                  /s/ Jennifer Belli

                                                  Jennifer Belli