EXHIBIT
9
McCray
WM/o 6/8/05



# H&R BLOCK

| For Compensation Use Only: |
|---|
| JOB NUMBER: 100322 |
| GRADE: 64 |
| EXEMPTION STATUS: Exempt |
| EFFECTIVE DATE: May 2001 |

## JOB DESCRIPTION

**JOB TITLE:** Regional Human Resources Manager

**LOCATION:** Regional Offices

**DEPARTMENT:** Tax Services

**REPORTS TO:** Director, Field Human Resources

### I. JOB SUMMARY –

Perform generalist role in Human Resources primarily for assigned customer groups and support centralized human resources operations. Respond to inquiries regarding human resources policies and procedures as well as compensation and benefits. Provide associate relations support to managers and associates, as needed. Deliver in-house and management training programs. Coordinate/execute the staffing process. Ensure compliance with Equal Employment and Affirmative Action Programs.

### II. ESSENTIAL DUTIES AND RESPONSIBILITIES –

1. Provide associate relations support to supervisory and non-supervisory associates in resolving issues related to performance, behavior and policy compliance. Facilitate the resolution of associate issues through thorough, objective investigation and utilization of the problem resolution process. Ensure detailed documentation of associate relations issues. Promote Company Code of Business Ethics and Conduct policy as well as leadership and management philosophies.

2. Ensure all activities of human resources assigned customer groups are in compliance with EEO guidelines. Maintain records for the Affirmative Action plan. Submit all necessary information for completion of related reports. Support development, implementation and maintenance of the Company Diversity Program.

3. Coordinate/execute the process of recruiting and selecting qualified job candidates in a timely and cost-effective manner for openings in assigned customer group. Develop, implement and maintain recruitment and selection strategies to include job postings, external advertising, associate referrals, high school/college relations, applicant screening, interviewing; respond to applicant inquiries; administer assessments (where applicable); applicant tracking, background and reference checks; participate in local job fairs; and coordinate new hire processing.

Page 1

4. As appropriate, conduct exit interviews and associate attitude surveys to identify current levels of satisfaction with Company policies and management practices. Provide summary results to Director-Field Human Resources quarterly and to managers on an individual basis, as necessary.

5. Assist managers with staffing analysis, restructuring design and reorganization implementation, as needed.

6. Represent the Company at local unemployment hearings and legal proceedings, as necessary.

7. Provide human resources service to other customer groups, as needed.

8. Conduct training to further formal training initiatives and to address specific needs of work units.

9. Maintain current, accurate records of personnel transactions for assigned customer groups.

10. Manage relationships with assigned external organization, vendors and regulatory agencies. Act as a liaison on behalf of the Company, as necessary, in meetings, interviews and through written correspondence to regulatory agencies.

11. Complete special projects, as assigned

12. Other duties, as assigned.

III. ACCOUNTABILITY –

   **Number of employees supervised:** Direct  0   Indirect  0    Seasonal  0

   **Annual operating and/or payroll budget(s):** $ N/A

   **Annual Sales Volume:** $ N/A

   **Approval authority limit ($) and type:** $ N/A

IV. WORK ENVIRONMENT –

   - **Work Environment –**

     Normal Office Environment.

   - **Special Physical Requirements –**

     N/A

   - **Travel –**

     Travel is required to attend company-sponsored meetings, training, and events. Travel is typically less than 25%.

V. **QUALIFICATIONS –**

- **Education –**

    These skills are acquired through the completion of a Bachelor's degree in Business Administration, Human Resources Management or other related field, or an associate's degree with ten years' work experience with three years experience in an exempt human resources capacity.

- **Experience –**

    **MINIMUM QUALIFICATIONS**

    - A thorough understanding of: Civil Rights Act, its amendments and corresponding executive orders 11246, 11375; ADA; FMLA; ADEA; PDA; COBRA; current case law related to major employment legislation.

    - 5 years experience recruiting for exempt and non-exempt jobs.

    - 5 years experience supporting administration of problem resolution and performance management programs.

    - 5 years experience investigating harassment (racial, sexual) and discrimination (racial, sexual, age, pregnancy) claims.

    - 5 years experience interpreting and developing company policies and procedures of intermediate complexity.

    - 3 years experience interpreting and applying ADA and FMLA guidelines.

    - 2 to 3 years conducting or facilitating management training.

    - Demonstrated knowledge of and an intermediate level skill in a major word-processing and spreadsheet applications program.

    - Exposure to automated human resources information systems

    - Demonstrated critical thinking skills, decision-making, and problem solving skills.

    - Excellent written and verbal communications skills including the ability to successfully work with all levels of management.

    - Ability to work in a fast-paced, team environment; flexible, supportive and adaptive to changes in direction, priorities and job duties.

    - Ability to work independently.

**PREFERRED QUALIFICATIONS**

- MBA
- Certification through the Society of Human Resources Management (PHR or SPHR).
- Experience with PeopleSoft human resource information system
- Experience with data analysis and report compilation for Affirmative Action plans.
- Experience supporting diversity programs.
- Development Dimension International (DDI) Certification.

- **Technical skills –**

    Intermediate knowledge of spreadsheet applications.
    Microsoft Word, Excel, and Outlook applications.

- **Management –**

    N/A

- **Special Requirements Specific to Job –**

    N/A

## VI. APPROVALS

Completed by __(updated by Suzanne Billings)__  Date __1-11-01(updated 4-2-01)__

Title _____

Compensation Review By: _____

*THE ABOVE STATEMENTS ARE INTENDED TO DESCRIBE THE GENERAL NATURE AND LEVEL OF WORK BEING PERFORMED BY INDIVIDUALS ASSIGNED TO THIS POSITION. THEY ARE NOT INTENDED TO BE AN EXHAUSTIVE LIST OF ALL RESPONSIBILITIES, KNOWLEDGE, SKILLS, AND ABILITIES REQUIRED OF INDIVIDUALS SO CLASSIFIED. REASONABLE ACCOMODATIONS MAY BE MADE TO ENABLE INIDIVIDUALS WITH DISABILITIES TO PERFORM THE ESSENTIAL DUTIES AND RESPONSIBLITIES.*