## **CLARIFY CASES**

The following guidelines are provided for the entering of Clarify cases. Cases to be entered in Clarify must be entered within the month that the issue is opened and the cases must be closed within the month that the issue is resolved or closed. Resolution time is based upon the dates entered into the system for date opened and date resolved.

Information must be entered into Clarify and a case created if:

1. discrimination, harassment, hostile work environment, unfair treatment or similar words are mentioned in the complaint or report
2. a theft or fraud is reported
3. workplace violence is reported
4. inappropriate content, comments or conduct is reported
5. falsification of documents (including applications) is reported
6. illegal conduct is reported
7. accommodation is requested for a medical condition (associate or client)
8. retaliation is reported
9. unwelcome physical contact (including inappropriate touching, fighting, pushing, shoving, etc.)
10. the complaint or report is received in a written format whether by letter or email.
11. any allegation of conflict of interest or exception noted on acknowledgement forms is reported
12. any issue that may constitute a violation of the Code of Business Ethics & Conduct is reported.
13. any issues, complaints or concerns raised by associates that require more than two contacts with the associate or other parties to resolve the issue. For example: An associate calls you regarding their pay. If you are able to answer the associate's questions in that single telephone conversation, it is not necessary to enter the information into Clarify. If you need to contact someone else to obtain information but you are able to get back with the associate the following day with the resolution, it is not necessary to enter the information into Clarify. However, if the associate contacts you again to assert that the problem has not been solved, you would then need to enter the data into Clarify.



B 238