The following information will be presented as a written warning to Dre McCray, Regional HR Manager.

May 31, 2002

Statement of the Problem

On May 15, Dre participated in his annual performance review with the Field HR Director. During that review Dre was reminded that he should properly notify his Directors during his absence from work and that he should report each absence timely.

Dre failed to notify the Regional Director and HR Director that he was taking time off on Friday, May 24th. He included his vacation time off in his monthly report and regional calendar but did not include his time off in the HR locater. He failed to notify that he would not participate in the bi-weekly HR conference call.
Prior to leaving on vacation, documentation for pending lawsuit was not reviewed with the RD to ensure completion.
Additionally, prior to leaving he failed to ensure that management contracts were executed properly.

Employment Contracts for Field Tax and Franchise management were not executed as instructed by supervisor.
- The Regional Franchise Director did not receive a contract.
- One of the Franchise DM received a contract with the wrong name.
- The packet for the Franchise group was received on May 24 with no instructions on how the document should be completed and no completion date.
- Two DM contracts were incorrect and required assistance in correcting.
- No cover sheet was included.
- New hire contracts were included with the renewal contract sent to WHQ Field HR
- The cover sheet 2320M was not completed for new hire contracts
- Responsibility for this high priority project was not completed prior to leaving on vacation. The ARD and RAM provided assistance to ensure that the contracts were executed in a timely manner.
- All three copies of the contracts were sent to WHQ Field HR and printed on watermark paper. Only one set of contracts contained initials in the lower right corner.

HR coverage during absence was insufficient. An HRBFA associate was informed that RHRM was not available for two weeks. No options were provided. The HR Manager in Region 17 notified the RFD in Region 3 that she was available during Dre's absence. It was Dre's responsibility to notify the region leaders when he is not available.

Dre McCray
Signature _HR manager refused to sign_

Franciene Gill
Signature _Franciene Gill_

Linda Murphy
Signature _L. Murphy_

B 34