H&R BLOCK

EXHIBIT
4
6-7-05 DC

☒ H&R Block
☐ H&R Block Financial Advisors

# DEVELOPMENT PLAN

Associate Name: <u>Dre McCray</u>    Empl. ID: _____

Department/Region:    <u>Region 10</u>    Job Title:    <u>Regional HR Manager</u>

Manager/Supervisor Name: Franciene Gill, Director, Field HR
Manager/Supervisor Name: Linda Murphy, Regional Director

**Description of developmental area:**
- Written communication skills
- Act as a team player
- Listen and respond appropriately
- Reporting absences more timely

**Change of work results expected upon completion of developmental plan period:**

Dre is expected to complete a summary report for each associate relations investigation and submit the report to the appropriate management personnel. This summary information will also be entered into Clarify.

Dre is expected to complete a written summary of each district audit and submit to region and WHQ HR in monthly report.

Submit copy of HR monthly report to Managing Director.

Support regional staff with projects when his work is completed or when he is able to put aside non critical work.

Report absences from work in the following manner.
Absences will be noted on region office calendar
Absences will be noted in HR monthly report.
Absences will be noted in Field HR locater.
Reminder e-mail notices will be sent to Directors and other appropriate personnel who rely on for support

B 24

All work assignments will be completed or proper steps will be taken to ensure work is completed accurately.

**Action s, activities, training to be completed during plan period by associate with target dates:**

_____
_____
_____
_____
_____
_____
_____
_____
_____

**Coaching, training, support, resources to be provided by manager and when:**

Summary investigative reports will be reviewed by directors and feedback communicated.

Monthly feedback regarding content of HR report.

**Date(s) for review of development** (results of progress should be attached to the developmental plan document as reviewed)

August 21, 2002
September 28, 2002
November 30, 2002 (tentative; depending upon results of previous follow-ups.

**Signatures**

Associate: _refused to sign_          Date: 8/21/02

Supervisor: _[signature]_              Date: 8/21/02

Supervisor: _Francene Gill_            Date: 8/21/02

B 25