-----Original Message-----
From: McCray, Dre
Sent: Wednesday, November 13, 2002 2:15 PM
To: Gill, Franciene
Subject: RE: training in Brockton

Did you detect a tone?

Dre McCray SPHR
Division HR Manager
H&R Block
Northeast Divisional Office
31 Schoosett St.
Pembroke, MA  02359

781-826-0111 x 247
781-829-9716 Fax
dmccray@hrblock.com



CONFIDENTIALITY NOTICE: If you have received this e-mail in error, please immediately notify the sender by e-mail at the address above. This email transmission may contain confidential information. This information is intended for the use of the individual(s) or entity to whom it is intended even if addressed incorrectly. Please de      from your files if you are not the intended recipient. Thank you for your compliance.


-----Original Message-----
From: Gill, Franciene
Sent: Wednesday, November 13, 2002 3:13 PM
To: McCray, Dre
Subject: RE: training

I will presume that you hit the "send" button before you read the tone on this e-mail to your managing director.

-----Original Message-----
From: McCray, Dre
Sent: Wednesday, November 13, 2002 1:49 PM
To: Murphy, Linda (VP)
Subject: RE: training

Linda,

The DM's do not know what they are talking about. I am actually suprised that you sent this email since I called you from the B2 office at 9:20 am. I arrived at B2 at 9am the training was scheduled to begin at 10am.  Three associates were waiting in their cars when I arrived and I had to wait until someone opend the office also.

Hopefully in the future the DM's will gather their facts prior to jumping to conclusions.

Thanks,


Dre McCray SPHR
Division HR Manager
H&R Block
Northeast Divisional Office

B 347

31 Schoosett St.
Pembroke, MA 02359

781-826-0111 x 247
781-829-9716 Fax
dmccray@hrblock.com

CONFIDENTIALITY NOTICE: If you have received this e-mail in error, please immediately notify the sender by e-mail at the address above. This email transmission may contain confidential information. This information is intended for the use of the individual(s) or entity to whom it is intended even if addressed incorrectly. Please delete it from your files if you are not the intended recipient. Thank you for your compliance.

-----Original Message-----
**From:** Murphy, Linda (VP)
**Sent:** Wednesday, November 13, 2002 1:17 PM
**To:** McCray, Dre
**Subject:** training

DMs have called and emailed here this morning that DEAs at the Brockton training were very upset that you were late and they had to stand in the rain waiting for someone to arrive. You need to arrive at training 30 minutes before the start time.
*Linda Murphy*
*Vice President*
*Managing Director*
*Division 50*

B 348