**From:** McCray, Dre
**Sent:** Tuesday, November 19, 2002 7:05 PM
**To:** Murphy, Linda (VP); Gill, Franciene
**Subject:** RE: Saturday's during the tax season

REDACTED

I will work every other Saturday as requested.

-----Original Message-----
From: Murphy, Linda (VP)
To: McCray, Dre; Gill, Franciene
Sent: 11/19/02 8:17 AM
Subject: RE: Saturday's during the tax season

You were clearly told during your interview that Saturdays were required during the tax season. Last tax season I allowed you to work ever other Saturday so you could see your son. I am requiring the same this year. You were and are very aware that Saturdays are a requirement of your job.

Linda Murphy
Vice President
Managing Director
Division 50


-----Original Message-----
From: McCray, Dre
Sent: Tuesday, November 19, 2002 12:47 AM
To: Gill, Franciene; McCray, Dre
Cc: Murphy, Linda (VP)
Subject: RE: Saturday's during the tax season


I was not told that Saturdays were mandatory, nor is it in company policy during the interview process. I was told you may have to work and occasional Saturday. However, I have a court order that states I have visitation rights on Saturday. This is the only time I am legally allowed to see my child.

I can be available via email and cell phone. There are no arrangements that can be made for me to spend time with my kid.


Dre McCray SPHR
Division HR Manager
H&R Block
Northeast Divisional Office
31 Schoosett St.
Pembroke, MA  02359

781-326-0111 x 247
781-829-9716 Fax
dmccray@hrblock.com

CONFIDENTIALITY NOTICE: If you have received this e-mail in error, please immediately notify the sender by e-mail at the address above. This email transmission may contain confidential information. This information is intended for the use of the individual(s) or entity to whom it is intended even if addressed incorrectly. Please delete it from your files if you are not the intended recipient. Thank you for your compliance.

-----Original Message-----
From: Gill, Franciene [mailto:FGill@hrblock.com]
Sent: Monday, November 18, 2002 3:42 PM
To: McCray, Dre
Cc: Murphy, Linda (VP)
Subject: RE: Saturday's during the tax season

You were told this during your interview. As well, you know that to be the case. I certainly can write a letter to the court and tell them it is mandatory that you work every other Saturday during the tax season.

> -----Original Message-----
> From:    McCray, Dre
> Sent:    Monday, November 18, 2002 2:29 PM
> To: Gill, Franciene
> Cc: Murphy, Linda (VP)
> Subject:    RE: Saturday's during the tax season
>
> Please indicate where in the coporate policy and procedures where
> Saturday work hours are mandatory so that I may bring the document to
> the courts to try to change the order.
>
>
> Dre McCray SPHR
> Division HR Manager
> H&R Block
> Northeast Divisional Office
> 31 Schoosett St.
> Pembroke, MA   02359
>
> 781-826-0111 x 247
> 781-829-9716 Fax
> dmccray@hrblock.com
>
> CONFIDENTIALITY NOTICE:  If you have received this e-mail in error,
> please immediately notify the sender by e-mail at the address above.
> This email transmission may contain confidential information. This
> information is intended for the use of the individual(s) or entity to
> whom it is intended even if addressed incorrectly. Please delete it
> from your files if you are not the intended recipient. Thank you for
> your compliance.
>
>
>
>
>     -----Original Message-----
>     From: Gill, Franciene
>     Sent: Monday, November 18, 2002 3:09 PM
>     To:   McCray, Dre
>     Cc:   Murphy, Linda (VP)
>     Subject:    RE: Saturday's during the tax season
>
>     I find this unacceptable.  We have accommdated your personal
> situation on several occasions.  However, I am not willing to
> accommodate your not working on Saturdays during the tax season.  You
> were hired with the understanding that during tax season you would be
> expected to work on Saturday.  What is the exact wording in the court
> order?  I am surprised that you did not inform them of your work
> situation.  Please make other arrangements.  You have several weeks to
> do so.
>     Linda, when does your Saturday schedule begin?
>

2

B 106

```
-----Original Message-----
From:      McCray, Dre
Sent: Monday, November 18, 2002 1:08 PM
To:   Murphy, Linda (VP); Curry, Kris
Cc:   Franciene Gill
Subject:    RE: Saturday's during the tax season
```

Due to the court order regarding my son I can't phisically be in the office on Saturday, however, I can be available via cell phone.

Dre McCray SPHR
Division HR Manager
H&R Block
Northeast Divisional Office
31 Schoosett St.
Pembroke, MA   02359

781-826-0111 x 247
781-829-9716 Fax
dmccray@hrblock.com

CONFIDENTIALITY NOTICE:  If you have received this e-mail in error, please immediately notify the sender by e-mail at the address above.  This email transmission may contain confidential information. This information is intended for the use of the individual(s) or entity to whom it is intended even if addressed incorrectly. Please delete it from your files if you are not the intended recipient. Thank you for your compliance.

```
-----Original Message-----
From: Murphy, Linda (VP)
Sent: Monday, November 18, 2002 1:43 PM
To:   Dre McCray; Kris Curry
Subject:    Saturday's during the tax season
```

During the tax season one of you needs to be in the office to cover any thing that comes up.  The other one, not on office duty, can be on cell phone as a back up.  You select who starts.

Linda Murphy
Vice President
Managing Director
Division 50

B 107