| | |
|---|---|
| From: | Murphy, Linda (VP) |
| Sent: | Thursday, November 21, 2002 12:32 PM |
| To: | Gill, Franciene |
| Subject: | Dre |
| Importance: | High |

I want to send the attached memo to Dre. If you approve, I will send it to both of you with a footnote for him to call you when he returns to work. I will be out of the office until Dec 9. As noted to you yesterday he was in a car at 5:15 PM so I don't think he is that hurt. He also did not hurt his voice so he could have called us and be working on things at home. You and I would have done just that if we were out hurt. He does not have what it takes to do this job. Please help me.



dre.doc

Linda Murphy
Vice President
Managing Director
Division 50



B 67


**H&R BLOCK**

Intra Company Correspondence

To:      Dre McCray

From:    Linda Murphy, VP

Date:    November 25, 2002

Subject: Performance Update

---

This performance update is being delivered to coincide with the update delivered by your HR Director. You indicated that you were surprised by a "2" rating on your annual performance review. So as to not have that occur again I want to address those areas where your performance is not meeting expectations. I have listed below the areas that greatly concern me.

1. Prior to November, your performance in recruiting and hire has been very good. However, you failed to follow up on the MTM job for Pittsburgh and the ADM position in Danbury. Both jobs were not filed timely and has cause an increased work load for Sergio and Jack. By failing to fill these jobs timely you have caused financial harm to the Division.
2. The condition of your office is unacceptable. Contracts, applications and personal data are piled on your desk and floor. The contracts were not checked off and we have no assurances that we have all of the contracts for the areas under your management.
3. At the September meeting, DEA and FEP training you read to the group from the training books. You had not prepared for the sessions and did not have the material needed to finish DEA training. DEA associates, trained under you, do not understand the system and this has increased the workload for the managers and Divisional Office staff. Several managers


**H&R BLOCK**

who attended the FEP training told me that it was a waste of time as you read the material word for word to the group.

4. In the past week, I have received from you several rude emails. In these you stated that you refused to follow office rules set up to control the workflow and that you refused to work required Saturday hours. You did agree in the end to work the Saturday schedule but not without a great deal of unnecessary emails on this subject.

5. I approved your leaving on Fridays at 4:00 PM with the understanding that you would start to work at 7:00 AM on Fridays and that you would make sure your work was done. You have not arrived at 7:00 AM except for one day and your work has not been finished. Therefore, since you have not lived up to your part of the agreement you will now be required to work until 5:00 PM on Fridays. In addition you will start working at 8:30 AM daily. You never arrive before 9 AM and leave between 4 and 5 PM daily leaving work undone. In short you do not work the necessary hours to do your job.