| | |
|---|---|
| From: | McCray, Dre |
| Sent: | Tuesday, November 19, 2002 7:11 PM |
| To: | Gill, Franciene |
| Cc: | Murphy, Linda (VP) |
| Subject: | RE: Accident |

REDACTED

I will return to the office by Friday, November 22nd to complete FMLA paperwork. I will be out of the office for a minimum of two weeks per order of my health care provider.

-----Original Message-----
From: Gill, Franciene
To: McCray, Dre
Cc: Murphy, Linda (VP)
Sent: 11/19/02 5:12 PM
Subject: RE: Accident

Dre,
In order to approve your time off we will need documentation to support the requested time off. You may submit the report from the emergency room if it supports your request; otherwise, you will need to provide documentation from your health care provider. You have indicated that you will be out for three days; therefore you are expected to return to work on Friday, November 22. You will need to provide a Release to Resume Job Duties at that time. Please provide this documentation to Linda upon your return to work. In the event that you do not receive this email, I will contact you by telephone.

-----Original Message-----
From:    McCray, Dre
>Sent:    Tuesday, November 19, 2002 12:10 AM
>To:    Franciene Gill
>Cc:    Linda Murphy; Leadbetter, Deb
>Subject:    Accident
>
>
>I will be unable to work for the next three days due to the injuries
>sustained in the car accident. I will keep you posted regarding my
>progress.
>
>Linda,
>
>Kris and Sergio will interview the candidates for the MTM position. I
>have sent them the candidate's resume and interview schedule. We will
>have to postpone the FSP training for the rest of the DM's unless my
>health improves before Wednesday.
>
>Thanks,
>
>Dre McCray SPHR
>Division HR Manager
>H&R Block
>Northeast Divisional Office
>31 Schoosett St.
>Pembroke, MA  02359
>
>781-826-0111 x 247
>781-829-9716 Fax
>d cray@hrblock.com
>
>CONFIDENTIALITY NOTICE: If you have received this e-mail in error,
>please immediately notify the sender by e-mail at the address above.
>This email transmission may contain confidential information. This

1

B 94

...formation is intended for the use of the individual(s) or entity to ... it is intended even if addressed incorrectly. Please delete it ... your files if you are not the intended recipient. Thank you for ...ur compliance.

B 95