| | |
|---|---|
| From: | McCray, Dre |
| Sent: | Monday, November 18, 2002 10:32 AM |
| To: | Gill, Franciene |
| Cc: | Murphy, Linda (VP) |
| Subject: | Accident |

REDACTED

I was in a car accident last night (I was rear-ended) and I am in a lot of pain. However, I am in Hartford conducting FEP training. I will be going to the emergency room after I complete the training. I know I have interviews in Pittsburgh tomorrow and FEP training on Wednesday that I will attend but I do think I will be out after completing those projects.

Dre McCray SPHR
Division HR Manager
H&R Block
Northeast Divisional Office
31 Schoosett St.
Pembroke, MA  02359

781-826-0111 x 247
781-829-9716 Fax
dmccray@hrblock.com

CONFIDENTIALITY NOTICE: If you have received this e-mail in error, please immediately notify the sender by e-mail at the address above. This email transmission may contain confidential information. This information is intended for the use of the individual(s) or entity to whom it is intended even if addressed incorrectly. Please delete it from your files if you are not the intended recipient. Thank you for your compliance.