# CERTIFICATION OF HEALTH CARE PROVIDER
## (for FMLA and/or Short Term Disability)

Instructions:

The associate must complete Section 1 and, if applicable, Section 3. The health care provider must complete Section 2. Completed forms must be sent to H&R Block, Benefits Department, 4400 Blue Parkway, Kansas City, MO 64130. Inquiries may be directed to (816) 701-4496 Fax: (816) 753-4538 Refer to the Family Medical Leave Policy and Short Term Disability Policy for additional information regarding leave eligibility.

**SECTION 1:** To be completed by associate

Associate's Name: **ADRIAN MCCRAY** Corporation: **H+R BLOCK**

Job Title: **HR MANAGER** Department: **Human Resources**

**SECTION 2:** To be completed by health care provider

Patient's Name: **Adrian McCray**

The attached sheet describes what is meant by a "serious health condition" under the Family and Medical Leave Act. If the patient's condition qualifies under any of the categories, please check the applicable category.

(1)___ (2)___ (3)___ (4)___ (5)___ (6)✓ or None of the above ___

Medical Facts: Provide the medical facts supporting certification and a brief statement as to how the medical facts meet the criteria for a serious health condition.

*Patient was injured in a M.V.A. on 11/17/02 and sustained injuries to his neck + back.*

Date condition commenced: **11/17/02**

Probable duration of condition (and the probable duration of any present incapacity if different):

*duration of condition 8-12 wks., incapacity probably 4 wks.*

Will the patient require time off from work? Yes ✓ No ___ Estimated Date of Return **12/23/02**
If yes, will it be necessary for the patient to work intermittently or on a reduced schedule? Please explain, including an estimate of the probable number and interval between treatments, actual or estimated dates of treatment, if known, and period required for recovery, if any: *Total disability at least 2 wks then maybe able to return part-time thereafter probably as of 12/2/02*

If the condition is a chronic condition or pregnancy, state whether the patient is presently incapacitated and the likely duration and frequency of episodes of incapacity: