Smith, Natalie
_____

**From:** Smith, Natalie
**Sent:** Thursday, January 16, 2003 11:48
**Subject:** Adrian McCray LOA
**Importance:** High
**Sensitivity:** Confidential

REDACTED

Hi
Per your request, here is the FMLA and PTO information on Dre.

November 19 - November 29
   Approved FMLA leave for injury to his back
   Fl/Hol 20 hours
   Vacation 36 hours
   Holiday 16 hours
   9 days

December 2 - December 15th
   Released but did not return to work until 12/5 - Intermittent leave
   12/2 - 12/4 Vacation 24 hours
   12/6 - Vacation 8 hours
   12/12, 12/13 - Vacation 16 hours
   (There are payroll issues with these hours which are being corrected for this Friday's off cycle)

   IME scheduled: 1/6/03 with Dr. Mayo @ South Shore Medical Center
      This exam resulted in a request for additional tests:
      MRI scheduled: 1/9 at the Shields Rhode Island Facility
         This appointment was not kept by Mr. McCray. He called in sick to work on 1/7 and did not return until 1/13.
         At the request of Francine Gill, this appointment has not been re-scheduled.

January 7 - January 10
   Requested a new leave of absence for foot problems.
   Med cert Due 1/27
   1/7 - 1/10 Sick 32 hours


Hope this is what you need.
Let me know if additional information is required.
Thank you.


■ H&R Block

Natalie Smith
Benefits Support Specialist
Phone: 816.504.1211
   c: 816.753.4538

B 130

1/16/03