✓ Copy to
Ellen

11/27/02

FROM THE DESK OF

**ALVES CHIROPRACTIC CENTER**
2894 ACUSHNET AVENUE
NEW BEDFORD, MASSACHUSETTS 02745
TELEPHONE (508) 998-3001

DR. GARY J. ALVES   DR. MICHAEL BOUCHER   DR. FRANK BERGERON

Adrian McCray will be able to return to work part-time 20-40 hrs per week as of 12/2/02. He will work part time until further notice.

*[signature]*

DEC 0 4 2002

B 153