ATTN: FRANCIENE
ATTN: Nathie Smith
ATTN: Linda Murphy

✓ copy to Ellen

FROM THE DESK OF                                    12/11/02

## ALVES CHIROPRACTIC CENTER
2834 ACUSHNET AVENUE
NEW BEDFORD, MASSACHUSETTS 02745
TELEPHONE (508) 998-3001

DR. GARY J. ALVES        DR. MICHAEL BOUCHER        DR. FRANK BERGERON

This is to certify that Adrian McCray is still treating for injuries he sustained in a M.V.A. He will continue treating for the next 4-8 wks approximately. He should not perform any lifting or bending at the waist. Work hours limited to 20-40 hrs./wk.

DEC 12 2002 NS
B 152