From: Gill, Franciene
Sent: Wednesday, December 11, 2002 3:19 PM
To: Murphy, Linda (VP)
Subject: RE: Schedule

He says he was looking for an employment contract and was moving boxes. Patience, Linda. Let's see what the medical certification indicates. We will ask for a second opinion as allowed by FMLA regulations.

-----Original Message-----
From: Murphy, Linda (VP)
Sent: Wednesday, December 11, 2002 2:07 PM
To: Gill, Franciene
Subject: FW: Schedule

REDACTED

Please handle this for me. I give up. He did not lift any boxes and he is no doctor.

*Linda Murphy*
*Vice President*
*Managing Director*
*Division 50*

-----Original Message-----
From: McCray, Dre
Sent: Wednesday, December 11, 2002 2:52 PM
To: Linda Murphy
Cc: Franciene Gill
Subject: Schedule

Linda,

Per our conversation on Monday we need to discuss schedule for me to work. I came to your office, however your door is closed and I didn't want to disturb you. Franciene suggested that I work four or five hours per day unitl I recuperate from my injuries.

I will be unable to work this Thursday and Friday. Lifting the boxes in storage has intensified the pain in my back.

Thanks,

Dre McCray SPHR
Division HR Manager
H&R Block
Northeast Divisional Office
31 Schoosett St.
Pembroke, MA  02359

781-826-0111 x 247
781-829-9716 Fax
dmccray@hrblock.com

CONFIDENTIALITY NOTICE: If you have received this e-mail in error, please immediately notify the sender by e-mail at the address above. This email transmission may contain confidential information. This information is intended for the use of the individual(s) or entity to whom it is intended even if addressed incorrectly. Please delete it from your files if you are not the intended recipient. Thank you for your compliance.

B 322