December 13, 2002

Adrian McCray
75 Hathaway Street
New Bedford, MA 02745

RE: FMLA Leave Request

Dear Mr. McCray,

A "Certification of Health Care Provider" was received in the Benefit Department on December 12, 2002.

After careful review of your medical documentation, we are requesting that you submit to a medical examination by a licensed health care provider designated by H&R Block at our expense. After the independent medical review, final consideration and approval of your intermittent leave will be determined.

Please note that approval of a FMLA Leave Request is not final until authorized by a Human Resources Reviewer.

Dr. Arthur Bowman, Orthopedic Surgeon, 5 Tarkiln Road, Kingston, MA 02364, **781-585-2200**, will assess you. **Your appointment is scheduled for Wed., December 18th, at 3:00 pm.** Please contact their office at should you need further directions, however a map is attached. Your assessment must be completed and received by our office no later than by **December 23rd, 2002.** Dr. Bowman may complete and fax your forms to 816-753-4538.

Should you have any questions, or require any additional information, please contact me at 816-701-4496. Thank you.

Sincerely,

Ellen J Bardy
Supervisor, Benefits

Cc: Piersa, Robert
Smith, Natalie
Watson, Catherine

Enc. Certification of Health Care Provider

B 171