| | |
|---|---|
| ⌐m: | on behalf of McCray, Dre |
| Sent: | Monday, January 06, 2003 12:03 PM |
| To: | Smith, Natalie |
| Cc: | Gill, Franciene; Linda Murphy |
| Subject: | 2nd opinion |

**REDACTED**

Thank you for initiating a second opinion for my FMLA leave. As a result of the second opinion, it was revealed that I may have a tear in my rotator cuff. I have a MRI scheduled for Monday, January 13th. I am faxing a copy of the referral from Dr. Mayo.

Thanks,

Dre McCray SPHR
Division HR Manager
H&R Block
Northeast Divisional Office
31 Schoosett St.
Pembroke, MA  02359

781-826-0111 x 247
781-829-9716 Fax
dmccray@hrblock.com

CONFIDENTIALITY NOTICE: If you have received this e-mail in error, please immediately notify the sender by e-mail at the address above. This email transmission may contain confidential information. This information is intended for the use of the individual(s) or entity to whom it is intended even if addressed incorrectly. Please dr⁻ ⸺ it from your files if you are not the intended recipient. Thank you for your compliance.

B 447

1