Smith, Natalie

**From:** Smith, Natalie
**Sent:** Monday, January 06, 2003 4:20
**To:** McCray, Dre
**Cc:** Gill, Franciene
**Subject:** MRI
**Importance:** High
**Sensitivity:** Confidential

Hi Dre.
I want to confirm that I have received your fax re: your MRI study appointment on 1/13 at 11:00 a.m.
Thank you.

I understand from Francine that you have a training conflict on 1/13. At her request I have rescheduled your appointment for the MRI study on a date and time that does not conflict with your work schedule.

You are now scheduled to have the MRI at the Rhode Island facility on Thursday, January 9th at 12:00 noon.
The number to the facility is 401.453.5333. Please call for complete directions.

I have been in communication with the billing department there to insure that you will not be asked for a copay or billed for this visit.

Please let me know if you have any questions.
Thank you.
Natalie

B 160

1/6/03