**From:** Gill, Franciene
**Sent:** Thursday, January 09, 2003 1:54 PM
**To:** Smith, Natalie
**Subject:** FW: Adrian McCray MRI study

REDACTED

**Importance:** High
**Sensitivity:** Confidential

Please confirm whether he signed for his FedEx letter.

-----Original Message-----
**From:** Smith, Natalie
**Sent:** Thursday, January 09, 2003 12:44 PM
**To:** Gill, Franciene
**Subject:** Adrian McCray MRI study
**Importance:** High
**Sensitivity:** Confidential

Francine,

I have called the Rhode Island facility where Dre was to have had his MRI study today at noon today to verify that he arrived as scheduled for his appointment. I was informed that Dre did not show up for this appointment.

Please let me know if you need any additional information.

Natalie



B 260