JOB TITLE

Adrian McCray

PLEASE COMPLETE THE APPROPRIATE SECTION

# *MAY RETURN

____ THE EMPLOYEE MAY RETURN TO WORK WITHOUT RESTRICTIONS AS OF ____

# *MAY RETURN WITH RESTRICTIONS          Ex 58

__✓__ THE EMPLOYEE MAY RETURN WITH RESTRICTIONS:

RESTRICTIONS ARE AS FOLLOWS: CANNOT

__✓__ USE _____ HAND BUT MAY DO ONE-HANDED JOB

__✓__ SIT AND/OR STAND ALL DAY; BUT MAY DO __60__ % SIT, __40__ % STAND

_____ WALK

_____ CLIMB STAIRS

_____ CLIMB LADDERS

_____ OPERATE ELECTRICAL EQUIPMENT/MACHINERY

_____ OPERATE VEHICLE

_____ LIFT: MAY LIFT ONLY _____ AMOUNT LBS.     Intractable Plantar Keratoma

_____ OTHER: _____                                 L-F
                                                  until Surgery

*HOW LONG SHOULD THESE RESTRICTIONS BE IN EFFECT: __1/23/03__ *DATE OF RE-EVALUATION: _____

FURTHER NEEDS, IF ANY, INCLUDING RECOMMENDATIONS FOR CARE BY THE OCCUPATIONAL HEALTH NURSE:

_____

**EXHIBIT 12** McCray LMG 6/8/05

# *MAY NOT RETURN

_____ MAY NOT RETURN TO WORK UNTIL: _____ (DATE)

*DIAGNOSIS: _____

*DATE OF RE-EVALUATION: _____

SIGNATURE: _[signature]_     TELEPHONE M.D. (508)9937923

ADDRESS:

386 COUNTY ST NEW BEDFORD, MA 02740