**FREDERIC SCHWARTZ, D.P.M., F.A.A.F.S.**
FOOT SPECIALIST

Ex 57

386 COUNTY STREET
NEW BEDFORD, MA 02740
TELEPHONE (508) 993-7923

# Pre-Operative Instructions and Information

DATE OF SURGERY: Jan 23 Thurs          TIME: 2:00

1. Wash your foot to be operated on thoroughly the night before surgery.

2. Wear loose-fitting garments, and a loose-fitting slipper or sandal-type shoe is recommended. Some surgical patients will require a post-op shoe that will be supplied by the doctor. The fee for a post-op shoe is $10.00.

3. Arrange for transportation for the day of surgery. Because anesthesia can impair driving skills, you must have someone pick you up after the procedure. If possible, have a friend or relative drive you both ways.

4. For Longer Recovery Ambulatory Surgery arrange for help during your recovery.

5. If you have any questions regarding the surgery or the fees involved, please ask.

6. Be on time for your scheduled surgery.


EXHIBIT 13
McCray
LM 6/8/05