Performance Update:
Dre McCray, Field HR Manager, Division 50
January 14, 2003



**Final Written Warning**

**Performance below expected standard:**

On May 31, 2002, you received a written warning on reporting absences on a timely basis; employment agreements not being executed as instructed and failure to notify customer group of backup during scheduled absence.

On August 2, 2002, you received a copy of a development plan (you refused a copy of the document) that outlined expected standards: completion of summary report for each associate relations investigation and information entered into the Clarify system; completion of summary report of each district audit; submission of a copy of HR monthly report to Managing Director; support of regional staff with projects when your work is complete or when you are able to put aside non-critical tasks; and reporting absences with appropriate HR backup.

On December 26, 2002, Linda Murphy, Managing Director and Franciene Gill, Director of Field HR attended your delivery of Fair Employment Practices training to new office managers in Lawrence, MA. The following observations were made:

1. Fair Employment Practice (FEP) training module for Office Leaders is designed as a 7 to 8 hour presentation. The presentation on December 26, 2002 was completed in 4 ½ hours with no break. The materials were covered quickly with questions from the participants being ignored. For example, when one participant inquired about the seasonal associate handbook and indicated that she had not received a copy, you made no attempt to determine why she had not received a copy of the handbook nor did you indicate to the participant that this was an issue that you would follow up on upon completion of the day's training session. As you are aware, each seasonal associate should have received a copy of the handbook during new hire orientation and more importantly, since the participants are office managers responsible for supervising associates and assuring compliance with terms in the handbook, it is critical that they be familiar with the contents of the handbook. In addition participants were not given a break during the training, which is required by wage and hour standards.

2. You failed to show the Jack Cade video, a required part of the training session. You indicated that your copy of the video was damaged and you

attempted to obtain a copy from Performance Support but it was not available. All HR Managers have a copy of the video and you had adequate time to obtain a copy from one of the HR Managers prior to the scheduled date of the training session.

**Reporting absences timely:**
Your approved FMLA leave ended on December 23 yet you called in sick on December 24. This absence is unprotected leave. You failed to notify your managing director that you could not deliver FEP training on January 11, 2003. It wasn't until the Director of Field HR contacted you on January 10th that you indicated that would not be able to deliver the training. Even though on conditional FMLA leave, your doctor provided a medical release form indicating you could return to work provided you were able to sit 60% and stand 40% of the time. That release was delivered to the Director of Field HR on January 10th and contained no indication that you needed to be away from work any further. A second release form was delivered to the Director of Field HR the same day, which indicated that you could return to work without restrictions as of January 13, 2003. Based on the medical releases presented, there was no reason for you not to return to work following your medical appointment or on any scheduled workdays prior to that time. Your absences on January 4-7 in unprotected leave.

**Proper notification to co-facilitators for Situational Leadership:**
You did not contact Performance Support to let them know that you would not participate in the Situational Leadership certification program scheduled for January 14-15, 2003. Nor did you contact either of the other facilitators to let them know that you would not be available to deliver the module assigned.. I am also aware that you never made airline reservations necessary to attend this scheduled training event in Kansas City even though you have been scheduled for the training since October 2002. Obtaining your Situational Leadership certification is one of your performance objectives for FY '03.

**Timely completion of work**
Monthly reports are due the 5th of each month. November and December reports are past due.

Associate relations issue: Clarify Case #1004323 entered 12/19/02 is still pending. Interviews were conducted in December 2002, yet the investigation has not been completed. No summaries have been submitted to the Manager of Fair Employment Practices.

## Expectations:

B 47

You are to immediately contact Performance Support and determine if a time is available for you to obtain your Sit Lead certification. You will report the outcome of this contact with me no later than Monday, January 20, 2003.

Because you have failed to submit monthly reports on a timely basis and issues are not been addressed on a timely basis, you are expected to submit a daily update to the Director of Field HR and Managing Director, via e-mail, of the tasks that you have completed that day the time spent completing each time. You will notify the Director of Field HR and Managing Director, via e-mail when you arrive to work and when leave. This activity will continue until your performance reaches the "meets expectation" level. You will be expected to work on Saturday, January 18 and January 25. This time should be spent verifying your seasonal contracts and handling any associate relations issues that may arise.

A formal review of your performance will be conducted January 31, 2003. You will be expected to provide an update of all FY '03 Performance Objectives; any pending associates relations issues and any other HR related activities during that review. If your performance does not improve you will be subject to further corrective actions up to and including termination.


Dre McCray, Field HR Manager

Signature_____

Franciene Gill, Director, Field HR

Signature_____

Linda Murphy, Managing Director, VP

Signature_____

B 48