-----Original Message-----
From: Gill, Franciene
Sent: Tuesday, January 14, 2003 4:43 PM
To: McCray, Dre
Cc: Murphy, Linda (VP)
Subject: Performance Update Follow-up



Dre,
I want to assure that you are clear regarding the expectations of your performance as we discussed today, January 14th in your Managing Directors office.

*1. You will be expected to submit a daily update, via e-mail, of the tasks you have completed each day and the time required to complete the task. This activity will continue until your performance reached the "meets expectation" level.*
You indicated that you would not do this. I want to give you an opportunity to reconsider and I will expect the first update tomorrow, Wednesday, January 15th prior to your leaving the office.

*2. You will notify the Director of Field HR and Managing Director via e-mail when you arrive to work and when you leave.*
You indicated that you would not do this. I want to give you an opportunity to reconsider and I will expect this to occur tomorrow, Wednesday, January 15th.

*3. You will be expected to work on Saturday, January 18th and January 25th in order to meet the January 31st deadline to have all seasonal contracts completed.* As you are aware, Field HR as a department, committed to Internal Audit to meet this deadline.

*4. Your request for FMLA leave on January 23 is not approved.* Under the FMLA, you have an obligation to your employer to provide 30 days notice for foreseeable leave. You gave notice on January 10th for surgery on January 23rd, less than 30 days. Plus you have an obligation under FMLA to work with your employer to coordinate leave. As you are aware, this is our critical business period and your presence at work is required during tax season. As this is elective, non-emergency surgery we cannot and have not approved leave for this surgery. You indicated that your condition has persisted over time yet you chose the most critical time of year to have the surgery. You stated during our meeting that you would not reschedule surgery on January 23rd. Please understand that this leave time is unprotected and will be considered as your performance is being evaluated.

Dre, please consider fully the possible consequences if you choose not to meet the above expectations.


**H&R Block**

Franciene Gill, Director
Field Human Resources
WHQ, Kansas City, MO
800.869.9220 ext. 1933

!!!CONFIDENTIALITY NOTICE: If you have received this e-mail in error, please immediately notify the sender by e-mail at the address shown. This e-mail transmission may contain confidential information. This information is intended for the use of the individual(s) or entity to whom it is intended even if addressed incorrectly. Please delete it from your files if you are not the intended recipient. Thank you for your compliance.

**Tracking:**

| Recipient | Read |
|---|---|
| Murphy, Linda (VP) | Read: 1/14/2003 5:45 PM |

B 251