SEE EX 67

**H&R BLOCK**                                                      tax and financial services

Human Resources Services

January 20, 2003



EXHIBIT 14 McCray MG 6/8/05

**VIA OVERNIGHT DELIVERY**

Dre McCray
75 Hathaway Street
New Bedford, Massachusetts 02746

    Re:    Termination of Employment

Dear Dre:

    As you know, on Tuesday, January 14, 2003, you were issued a final written corrective action addressing performance issues. At that time you were provided with specific actions that you were required to take in order to improve performance. During that meeting, you specifically refused to perform the tasks assigned. Certain actions were required to be completed by today, Monday, January 20, 2003. To date you have not completed the assigned tasks.

    You called in sick to work each day since the meeting on January 14, 2003. Nothing in your telephone messages indicated a serious medical condition and these absences are not protected under the Family and Medical Leave Act (FMLA). You have, since January 1, 2003, missed four workdays. Additionally, you were on conditional FMLA leave for four days. To date we have not received medical certification necessary to establish that you were incapacitated and unable to report to work as a result of your foot. Medical certification for these days must be provided no later than January 27, 2003 in order for those days to be protected under the FMLA. As you are very much aware, the tax season is the critical business period for the Company. Your continued absence from work during this critical business period cannot be tolerated.

    Absenteeism, in conjunction with insubordination during the meeting on January 14, 2003, your refusal to perform work as assigned and unacceptable work performance make it necessary to terminate your employment immediately.

    On January 16, 2003, you called in sick and did not report to work. Despite not being at work that day, you were in the office at approximately 8 p.m. that evening and removed your Company-issued laptop computer. That computer must be returned to the office, along with office keys, Corporate Credit

Card, Company-issued cellular telephone, and any other Company materials and documentation, within 24 hours of receipt of this letter. Those materials are to be delivered directly to the Divisional Office. When delivering those materials, you should assure that these materials are provided directly to Linda Murphy, Kathy Hawk or Cathleen Maye.

    Should you have any questions or concerns, please feel free to contact me.

                            Sincerely yours,

                            H&R BLOCK EASTERN
                            ENTERPRISES, INC.

                            *Franciene Gill* (signature)

                            Franciene Gill
                            Director, Field Human Resources

cc:    Linda Murphy